# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

1 MINUTE

| | |
|---|---|
| **MINUTE OF PROCEEDINGS** | DATE: <u>July 2, 2025</u> |
| **U.S. MAGISTRATE JUDGE MARCOS E. LOPEZ** | AUSA Laura Diaz |
| COURT REPORTER: <u>**ZOOM**</u> | COURTROOM NO: <u>**OSJ 6**</u> |

UNITED STATES OF AMERICA

Plaintiff

v

Kevin A. Thobias (1)
Defendant(s)

Return of
Indictment by the Grand Jury
Criminal No. **25-CR-00303 (CVR)**

Indictment was filed in open court.

**Arraignment to be set upon arrest.**

Case is assigned to Judge Camille Velez-Rive.

**NEW CASE:**

☐ This Indictment supersedes Criminal Case No. <u>--------</u>.

☐ Defendant(s) **appeared** in <u> ----- </u>. <u>Magistrate case merged and closed.</u>

☐ Defendant(s) charged in magistrate case -----. but **not arrested.** <u>Magistrate case merged and closed.</u>

☐ Defendant(s) **not charged** in magistrate case.

☐ The Court granted the government's motion to seal.

☐ Defendant(s) to remain on same bond.

☐ Defendant(s) under custody:           . Marshal to produce defendant(s).

☒ Arrest warrants to be issued.

☐ Summons to be issued.

**S/Cristina Dones**
Courtroom Deputy Clerk