AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | | |
|---|---|---|
| United States of America, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    25-303 (CVR) |
| Kevin A. Thobias | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Kevin A. Thobias                                                                                          .

Date:      07/07/2025                              s/Victor O. Acevedo-Hernandez
                                                   *Attorney's signature*

                                                   Victor O. Acevedo-Hernandez, 227813
                                                   *Printed name and bar number*

                                                   PO Box 195075
                                                   San Juan, PR 00919-5075
                                                   Tel.: (787) 523-3434

                                                   *Address*

                                                   vacevedo@cstlawpr.com
                                                   *E-mail address*

                                                   (787) 523-3434
                                                   *Telephone number*

                                                   (787) 523-3433
                                                   *FAX number*