IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

United States of America
Plaintiff

v.

Kevin A. Thobias
Defendant

Case No. 25-cr-303 (CVR)

APPLICATION AND ORDER FOR ADMISSION PRO HAC VICE

Comes now, _____ Jonathan Edderai _____, applicant herein and respectfully states:

1. Applicant is an attorney and a member of the law firm of (or practices under the name of _____ Cohen Edderai LLP _____, with offices at:

| Address | 1132 Kane Concourse, Ste. 205 |
| --- | --- |
|  | Bay Harbor Islands, FL 33154 |
| Email | jonathan@cohenedderai.com |
| Telephone No. | (786) 505-0431 |
| Fax No. | (786) 544-2619 |

2. Applicant will sign all pleadings with the name _____ Jonathan Edderai _____.

3. Applicant has been retained personally or as a member of the above-named firm by _____ Kevin A. Thobias (defendant) _____ to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the District of Puerto Rico.

4. Since _____ 2016 _____, applicant has been and presently is a member in good standing of the bar of the highest court of the State of _____ Florida _____, where applicant regularly practices law. Applicant's bar license number is _____ 124350 _____.

Application and Order for Admission Pro Hac Vice (05/2017)
Note: This form is provided for illustrative purposes only. You must consult the Local Rules prior to submission of this or any other pleading to the Court to ensure compliance.

5. Applicant has been admitted to practice before the following courts:

| Court: | Admission Date: |
|---|---|
| Florida | 09/26/2016 |
| USDC-Southern District of Florida | 08/7/2017 |
| USDC - Middle District of Florida | 03/18/2025 |
| USDC - Northern District of Florida | 07/31/2024 |

6. Applicant is a member in good standing of the bars of the courts listed in paragraph 5.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

9. During the past three years, applicant has filed for pro hac vice admission in the United States District Court for the District of Puerto Rico, in the following matters:

| Date of Application: | Case Number and Style: |
|---|---|
| 09/14/2023 | USA v. 2018 Bugatti Chiron; 23-cv-1392 |

Application and Order for Admission Pro Hac Vice (05/2017)
Note: This form is provided for illustrative purposes only. You must consult the Local Rules prior to submission of this or any other pleading to the Court to ensure compliance.

10. Local counsel of record associated with applicant in this matter is:

| | |
|---|---|
| Name | Víctor O. Acevedo Hernández |
| USDC-PR Bar No. | 227813 |
| Address | PO Box 195075, San Juan, PR 00919-5075 |
| Email | vacevedo@cstlawpr.com |
| Telephone No. | (787) 523-3434 |
| Fax No. | (787) 523-3433 |

11. Applicant has read the local rules of this court and will comply with same.

12. Applicant has read Local Rules of the United States District Court for the District of Puerto Rico which provide in part that attorneys appearing pro hac vice must comply with the provisions set forth therein and pay an admission fee of $300 per appearance in each new case before the Court. Accordingly, payment of the pro hac vice admission fee is attached hereto in the form of a check or money order payable to: "Clerk, U.S. District Court."

WHEREFORE, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

Date: _____07/8/2025_____.

_____Jonathan Edderai_____
Printed Name of Applicant

_____[signature]_____
Signature of Applicant

Application and Order for Admission Pro Hac Vice (05/2017)
Note: This form is provided for illustrative purposes only. You must consult the Local Rules prior to submission of this or any other pleading to the Court to ensure compliance.

I HEREBY CERTIFY, pursuant to Local Rule 83A(f), that I consent to the designation of local counsel of record for all purposes.

Date: _____07/8/2025_____.

Víctor O. Acevedo Hernández
Printed Name of Local Counsel

s/Víctor O. Acevedo Hernández
Signature of Local Counsel

I HEREBY CERTIFY that I have served a true and correct copy of this document upon each attorney of record and the original upon the Clerk of Court accompanied by a $300.00 pro hac vice admission fee.

_____
Signature of Applicant

Application and Order for Admission Pro Hac Vice (05/2017)
Note: This form is provided for illustrative purposes only. You must consult the Local Rules prior to submission of this or any other pleading to the Court to ensure compliance.

## ORDER

The Court, having considered the above Application for Admission Pro Hac Vice, orders that:

☐     the application be granted. The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

☐     the application be denied. The Clerk of Court shall return the admission fee to the applicant.

SO ORDERED.

In San Juan, Puerto Rico, this _____ day of _____, _____.

_____
**United States District Judge**

Application and Order for Admission Pro Hac Vice (05/2017)
Note: This form is provided for illustrative purposes only. You must consult the Local Rules prior to submission of this or any other pleading to the Court to ensure compliance.