# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**,

    Plaintiff,

    v.

**KEVIN A. THOBIAS**,

    Defendant.

**Case No. 25-303 (CVR)**

## NOTICE OF APPEARANCE

To: The clerk of court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: Defendant Kevin A. Thobias.

Date: July 10, 2025        Respectfully submitted,

/s/ Jonathan Edderai
Jonathan Edderai
*Admitted Pro Hac Vice*
Florida Bar No. 124350
Cohen Edderai, LLP
1132 Kane Concourse, Suite 205
Bay Harbor Islands, FL 33154
jonathan@cohenedderai.com
Office: (786) 505-0431
Fax: (786) 544-2619

1

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing notice has been sent to all counsel of record by electronic service on this 10th day of July, 2025.

/s/ Jonathan Edderai
Jonathan Edderai
*Admitted Pro Hac Vice*
Florida Bar No. 124350
Cohen Edderai, LLP
1132 Kane Concourse, Suite 205
Bay Harbor Islands, FL 33154
jonathan@cohenedderai.com
Office: (786) 505-0431
Fax: (786) 544-2619
