# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,
Plaintiff,

v.

CRIMINAL NO. 25-303 (CVR)

[1] KEVIN A. THOBIAS
Defendant.

## DESIGNATION OF EVIDENCE

The United States of America provides the following designation of evidence in compliance with the Court's Order to do so and in accordance with Rule 12(b)(4)(B).

## RELEVANT LEGAL AUTHORITY

Rule 12 of the Federal Rules of Criminal Procedure provides in relevant part that "the defendant may, in order to have an opportunity to move to suppress evidence under Rule 12(b)(3)(C), request notice of the government's intent to use (in its evidence-in-chief at trial) any evidence that the defendant may be entitled to discovery under Rule 16." The Advisory Committee's Note accompanying this Rule makes it clear that the Rule's purpose is to ensure a defendant "can make his motion to suppress prior to trial" by "request[ing] the government to give notice of its intention to use specified evidence which the defendant is entitled to discovery under Rule 16." Rule 12, Fed. R. Crim. P. Advisory Committee's note. The government's obligation ends when it has made disclosures that sufficiently allow the defendant to make informed decisions about motions to suppress evidence. "Rule 12(d) was not designed to aid the defendant in ascertaining the government's trial strategy, but only in

effectively bringing suppression motions before trial." *United States v. de la Cruz-Paulino*, 61 F.3d 986, 994 (1st Cir. 1995).[1]

"Put differently, defendants cannot invoke Rule 12(b)(4)(B) to force the government to decide precisely which documents provided in discovery it will offer at trial and to prevent it from using any that it does not so designate as a matter of trial tactics." *United States v. Ishak*, 277 F.R.D. 156, 159 (E.D.V.A. 2011) (quoting *United States v. El-Silimy*, 228 F.R.D. 52, 57 (D. Me. 2005)).

Notwithstanding the above, the United States has attempted to provide a comprehensive list of evidence it intends to admit at trial.

## United States' Designation of Evidence

1. The United States designates all of the evidence below, which has been disclosed to the defendant in the discovery process, and reserves the right to add or delete items from this designation.

| No. | Description |
| --- | --- |
| 1. | Tax Incentives Application for Act 20, on behalf of Nutragroup Holdings LLC |
| 2. | Tax Incentives Application for Act 22 as to Defendant |
| 3. | Grant of Tax Exemption Case 18-22-S-487 pursuant to Act No. 22-2012 |
| 4. | Grant of Tax Exemption Case 18-20-S-050 pursuant to Act No. 20-2012 |
| 5. | Request of Amendment to the Act 20 Application dated April 25, 2018 |
| 6. | Records of Registered Agents Inc. as to Badass Fulfillment LLC that support the facts underlying Counts One, Two, Three and Four of the Indictment |
| 7. | Records (from on or about 2018 to on or about 2021) for Bank of America Account ending in 4987 in the name of Badass Fulfillment LLC |
| 8. | Records for Banco Popular de Puerto Rico Account ending 2618 in the name of Defendant |
| 9. | Records (from on or about 2018 to on or about 2021) for Banco Popular de Puerto Rico Accounts ending in<br>7711        Better Mornings Llc |

---

[1] Consistent with this legal authority, the United States reserves the right to introduce evidence not specifically listed herein. The United States respectfully requests that the Court set a deadline for all parties to provide exhibit lists and exhibit binders at least three weeks prior to trial.

| No. | Description |
|---|---|
|  | 7754     Limitless Fitness Llc <br> 7770     Elixir Health Llc <br> 7789     Invictus Labs Llc <br> 7827     Wellness and Nutrition Llc <br> 7851     Focused Ventures Llc <br> 8076     Natural Wellness And Health Ll <br> 8810     Island Breeze Llc <br> 9361     Lift Life Brands Llc |
| 10. | Nutragroup Holdings LLC Financial Statements submitted to the PR Department of State |
| 11. | PayPal records that support the facts underlying Counts One, Two, Three and Four of the Indictment, including 2018, 2019, 2020 PayPal records for Account ending in 4294 |
| 12. | WhatsApp – 2018 Chats including Defendant and Joe Nilson as participants |
| 13. | WhatsApp – 2018 Chats including Defendant, Nishad, and Joe Nilson as participants |
| 14. | WeChat – 2018 Chats including Defendant and Eriko Ho as participants |
| 15. | WeChat – 2018 Chats including Defendant, HELO and Eriko Ho as participants |
| 16. | WeChat – 2018 Chats including Defendant and IOKJOHN HELO as participants |
| 17. | WeChat – 2019 Chats including Defendant and IOKJOHN HELO as participants |
| 18. | WeChat – 2019 Chats including Defendant and Eriko Ho as participants |
| 19. | WeChat – 2019 Chats including Defendant and Even as participants |
| 20. | WeChat – 2019 Chats including Defendant and Lordan as participants |
| 21. | WeChat – 2019 Chats including Defendant and Tony as participants |
| 22. | WeChat – 2020 Chats including Defendant and Eriko Ho as participants |
| 23. | WeChat – 2020 Chats including Defendant, HELO and Eriko Ho as participants |
| 24. | Telegram - 2020 Chats including Defendant and an individual J.J. as participants |
| 25. | Telegram - 2020 Chats including Defendant and Leo Limin as participants |
| 26. | Chats and messages from 2019, 2020, and 2021 including Defendant and Dom as participants |
| 27. | Chats and Messages from 2017, 2018, 2019, 2020, 2021, including Defendant and J.B. as participants |
| 28. | Chats and Messages from 2017, 2018, 2019, 2020, 2021, including Defendant and an individual K.S. |
| 29. | Chats and Messages from 2018, 2019, 2020, 2021, including Defendant and an individual A.C. |
| 30. | 2019 Chats and messages including Defendant and an individual D.M. |
| 31. | 2020 and 2021 WhatsApp chats with Defendant and an individual A.E. |
| 32. | All content from Defendant's cellphone that supports the facts underlying Counts One, Two, Three and Four of the Indictment |
| 33. | Latona's Investor Package dated 11/19/2020 |
| 34. | All records related to the sale of assets to Company A, including the Asset Purchase Agreement dated on or about December 31, 2020 |

| No. | Description |
|---|---|
| 35. | 2020 and 2021 Records for JP Morgan Brokerage Account ending in 3176, JP Morgan Chase Bank N.A. Account ending in 2541, JP Morgan Chase Bank N.A. Account ending in 7303, and JP Morgan Loan ending in 9014 |
| 36. | All Records related to the purchase of the 2018 BUGATTI (VIN # VF9SP3V34JM795083) that support Count Four of the Indictment |
| 37. | All Bank records from Banco Popular de Puerto Rico, Bank of America, and JP Morgan that support the facts underlying Counts One, Two, Three and Four of the Indictment |
| 38. | All records of Amazon Inc. that support the facts underlying Counts One, Two, Three and Four of the Indictment |
| 39. | All records of Google Inc. that support the facts underlying Counts One, Two, Three and Four of the Indictment |
| 40. | Records of Strategic Financial Solution that support the facts underlying Counts One, Two, Three and Four of the Indictment |
| 41. | Records of the Puerto Rico Department of Economic Development and Commerce (DEDC) that support the facts underlying Counts One, Two, Three and Four of the Indictment |
| 42. | Records of the Puerto Rico State Department that support the facts underlying Counts One, Two, Three and Four of the Indictment |
| 43. | Records of the Puerto Rico Treasury Department that support the facts underlying Counts One, Two, Three and Four of the Indictment |

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will notify all counsel of record.

**RESPECTFULLY SUBMITTED**, this 29th day of August, 2025.

W. STEPHEN MULDROW
United States Attorney

*s/ Myriam Y. Fernandez-Gonzalez*
Myriam Y. Fernandez-Gonzalez - 218011
Assistant United States Attorney
Torre Chardón, Suite 1201,
350 Carlos Chardón Street
San Juan, Puerto Rico 00918
Office: 787-766-5656
email: myriam.y.fernandez@usdoj.gov