# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **KEVIN A. THOBIAS**, <br> Defendant. | **Case No. 25-cr-303 (CVR)** |

## MOTION TO RESTRICT

Comes now Defendants, through the undersigned counsel, and respectfully states and prays as follows:

Defendants seek leave to file a motion requesting an order restricted to only the parties access because the confidential nature of the information in the motion and its appendixes outweighs the right to public access.

**Wherefore**, Defendants respectfully requests that this Court grant the present motion.

**Respectfully submitted** on September 30, 2025.

**We hereby certify** that, on this date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to attorneys of record for the parties.

Attorneys for Defendant



_____
www.CSTLAWPR.com
PO Box 195075
San Juan, PR 00919-5075
Tel.: (787) 523-3434
Fax: (787) 523-3433

**s/VÍCTOR O. ACEVEDO-HERNÁNDEZ**
USDC-PR No. 227813
vacevedo@cstlawpr.com