## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**,

Plaintiff,

v.

**KEVIN A. THOBIAS**,

Defendant.

Case No. 25-cr-303 (CVR)

## <u>MOTION TO RESTRICT</u>

Comes now Defendants, through the undersigned counsel, and respectfully states and prays as follows:

Defendants seek leave to file a motion requesting an order restricted to only the parties access because the confidential nature of the information in the motion and its appendixes outweighs the right to public access.

**Wherefore**, Defendants respectfully requests that this Court grant the present motion.

**Respectfully submitted** on November, 2025.

**We hereby certify** that, on this date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to attorneys of record for the parties.

/s/ Jonathan Edderai

Jonathan Edderai
*Admitted Pro Hac Vice*
Cohen Edderai, LLP
1132 Kane Concourse, Suite 205
Bay Harbor Islands, FL 33154
jonathan@wolfferscohen.com
Office: (786) 505-0431
Fax: (786) 544-2619

*and*



_____

PO Box 195075
San Juan, PR 00919-5075
Tel.: (787) 523-3434
Fax: (787) 523-3433
vacevedo@cstlawpr.com
**_/s/ VICTOR O. ACEVEDO-HERNANDEZ_**
**_RODRÍGUEZ_**
USDC-PR No. 227813
*Counsel for Defendant*