## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**,

Plaintiff,

v.

**KEVIN A. THOBIAS**,

Defendant.

**Case No. 25-cr-303 (CVR)**

## <u>MOTION TO RESTRICT</u>

Comes now Defendants, through the undersigned counsel, and respectfully states and prays as follows:

Defendants seek leave to file an opposition to the government's motion to quash and motion to compel testimony restricted to only the parties access because the confidential nature of the information in the motion and its appendixes outweighs the right to public access.

**Wherefore**, Defendants respectfully requests that this Court grant the present motion.

**Respectfully submitted** on November 26, 2025.

**We hereby certify** that, on this date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to attorneys of record for the parties.

/s/ Jonathan Edderai

Jonathan Edderai
*Admitted Pro Hac Vice*
Cohen Edderai, LLP
1132 Kane Concourse, Suite 205
Bay Harbor Islands, FL 33154
jonathan@wolfferscohen.com
Office: (786) 505-0431
Fax: (786) 544-2619

*and*



_____

PO Box 195075
San Juan, PR 00919-5075
Tel.: (787) 523-3434
Fax: (787) 523-3433
vacevedo@cstlawpr.com
**_/s/ VICTOR O. ACEVEDO-HERNANDEZ_**
USDC-PR No. 227813
*Counsel for Defendant*