IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **KEVIN A. THOBIAS** <br><br> Defendant. | Case No. 25-cr-303 (CVR) |

### DEFENDANT'S MOTION TO CLARIFY
### <u>EMERGENCY MOTION FOR CONTINUANCE</u>

Defendant Kevin A. Phobias hereby moves to clarify its motion to continue filed today: Defendant respectfully submits this motion to clarify the prior motion to continue the suppression hearing. Defendant originally requested a continuance to allow time to file a *Touhy* request regarding CBP Program Manager James J. Peters. In that motion, Defendant explained that the "Actionable Referral" email was first received by the defense on November 20, 2025. And within 24 hours of gaining access, the defense mailed a *Touhy* request and subpoena; however, the government did not receive the *Touhy* request until November 24, 2025 and rejected it as untimely. The United States had provided notice on November 13, 2025, at 9:21 p.m., that a disclosure was available via USAfx, which included the "Actionable Referral" email. Due to access issues with USAfx, defense team members were unable to view the "Actionable

1

Referral" email until November 20, 2025, despite working with the government to resolve the problem. The Court granted Defendant's request to continue the suppression hearing.

Notably, even assuming the defense had been able to send the *Touhy* request on November 14, it would still have arrived after the ten-working-day period. Allowing three days for delivery (like in the request sent on November 21 and received on November 24), the request would have reached the government on November 17—only nine working days before the December 1, 2025 hearing. Accordingly, Defendant respectfully asks that the Court maintain its order continuing the suppression hearing and note this clarification.

WHEREFORE, Defendant respectfully requests that the Court note the present motion.

**WE HEREBY CERTIFY** that we electronically filed the instant motion using the CM/ECF System, which will send notification to all counsel of record.

Respectfully submitted on November 28, 2025.

/s/ Jonathan Edderai
Jonathan Edderai
*Admitted Pro Hac Vice*
Cohen Edderai, LLP
1132 Kane Concourse, Suite 205
Bay Harbor Islands, FL 33154
jonathan@wollferscohen.com
Office: (786) 505-0431
Fax: (786) 544-2619

*and*



PO Box 195075
San Juan, PR 00919-5075
Tel.: (787) 523-3434

2

Fax: (787) 523-3433
vacevedo@cstlawpr.com
*/s/ **VICTOR O. ACEVEDO-HERNANDEZ RODRÍGUEZ***
USDC-PR No. 227813
*Counsel for Defendant*