IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **KEVIN A. THOBIAS** <br> Defendant. | **Case No. 25-cr-303 (CVR)** |

### NOTICE OF CLARIFICATION [ECF 101]

Defendant Kevin A. Thobias, through undersigned counsel, hereby submits this Notice of Clarification regarding the Government's Motion Requesting Extension of Time [ECF 101]. Defendant does not oppose the Government's requested extension.

Solely for accuracy of the record and without seeking any relief, Defendant respectfully notes that the Government's description of the Motion to Dismiss in ECF 101 (¶ 1) emphasizes a policy argument regarding the "criminalization of commonplace online marketing practices" (citing ECF No. 92, pages 2 and 10). That point appears only in the introductory and concluding paragraphs. The motion's primary basis is the Indictment's failure to allege facts constituting offenses under 18 U.S.C. §§ 1343, 1349, and 1957, as interpreted by binding authority such as *Kelly v. United States*, 590 U.S. 391 (2020), *Ciminelli v. United States*, 598 U.S. 306 (2023), and *United States v. Abdelaziz*, 68 F.4th 1 (1st Cir. 2023). The motion focuses on the Indictment's legal insufficiency in failing to allege a scheme to deprive victims of tangible "money or property," not broader policy considerations.

No further relief is requested.

1

**WE HEREBY CERTIFY** that we electronically filed the instant motion using the CM/ECF System, which will send notification to all counsel of record.

Respectfully submitted on March 6, 2025.

/s/ Jonathan Edderai

Jonathan Edderai
*Admitted Pro Hac Vice*
Cohen Edderai, LLP
1132 Kane Concourse, Suite 205
Bay Harbor Islands, FL 33154
jonathan@wofferscohen.com
Office: (786) 505-0431
Fax: (786) 544-2619

*and*



_____
PO Box 195075
San Juan, PR 00919-5075
Tel.: (787) 523-3434
Fax: (787) 523-3433
ndelnido@cstlawpr.com

*s/NATALIA E. DEL NIDO RODRÍGUEZ*

USDC-PR No. 301410

*Local counsel for Defendant*

2