IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN A. THOBIAS<br><br>Defendant. | Case No. 25-cr-303 (CVR) |

### DEFENDANT'S MOTION REQUESTING ORAL ARGUMENT ON MOTION TO DISMISS [ECF 92]

COMES NOW, Defendant Kevin A. Thobias, through undersigned counsel, and respectfully requests oral argument on his Motion to Dismiss Counts One Through Four for Failure to State an Offense Pursuant to Fed. R. Crim. P. 12(b)(3)(B)(v) [ECF 92], pursuant to Local Rule 7(h). In support thereof, Defendant states as follows:

1. The Motion to Dismiss [ECF 92], filed on February 18, 2026, raises significant legal issues regarding the sufficiency of the Indictment under 18 U.S.C. §§ 1343, 1349, and 1957. Specifically, the motion asserts, among other points, that the alleged conduct does not constitute a scheme to deprive victims of tangible "money or property" as required by binding Supreme Court precedent, including *Kelly v. United States*, 590 U.S. 391 (2020), and *Ciminelli v. United States*, 598 U.S. 306 (2023).

2. These legal issues involve statutory interpretation and application of recent caselaw to unique facts in the context of e-commerce practices, which may benefit from oral argument to clarify distinctions, address questions, and ensure a full evaluation of the arguments. Oral

argument would assist the Court in resolving these legal questions efficiently and preserve the record for any potential appeal.

3.  The Government has requested and received an extension until March 20, 2026, to file its opposition [ECF 101], and Defendant respectfully suggests that oral argument be scheduled after the briefing is complete, including the Government's opposition and any reply permitted under the rules.

4.  This request is made in good faith and not intended to delay proceedings.

WHEREFORE, Defendant respectfully requests that the Court grant oral argument on the Motion to Dismiss [ECF 92].

WE HEREBY CERTIFY that we will send via email a copy of the instant motion and its attachment to counsel for the United States

Respectfully submitted on March 10, 2026.

/s/ Jonathan Edderai
Jonathan Edderai
*Admitted Pro Hac Vice*
Cohen Edderai, LLP
1132 Kane Concourse, Suite 205
Bay Harbor Islands, FL 33154
jonathan@wolfferscohen.com
Office: (786) 505-0431
Fax: (786) 544-2619

*and*



PO Box 195075
San Juan, PR 00919-5075
Tel.: (787) 523-3434
Fax: (787) 523-3433
ndelnido@cstlawpr.com

*s/NATALIA E. DEL NIDO RODRÍGUEZ*
USDC-PR No. 301410

*Local counsel for Defendant*

3