## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**,

Plaintiff,

v.

**KEVIN A. THOBIAS**

Defendant.

**Case No. 25-cr-303 (CVR)**

## MOTION TO RESTRICT

Comes now Defendant Kevin A. Thobias ("Defendant"), by and through undersigned counsel, and respectfully states and prays as follows:

Defendant seeks to file a Third Supplemental Motion to Suppress, with restricted access and/or viewing to the parties only because the confidential nature of the information in the reply outweighs the right to public access.

**WHEREFORE**, Defendant respectfully requests that this Court grant the present motion to restrict.

**WE HEREBY CERTIFY** that we electronically filed the instant motion using the CM/ECF System, which will send notification to all counsel of record.

Respectfully submitted on April 16, 2025.

/s/ Jonathan Edderai

Jonathan Edderai
*Admitted Pro Hac Vice*
Cohen Edderai, LLP
1132 Kane Concourse, Suite 205

1

Bay Harbor Islands, FL 33154
jonathan@wolfferscohen.com
Office: (786) 505-0431
Fax: (786) 544-2619

*and*



PO Box 195075
San Juan, PR 00919-5075
Tel.: (787) 523-3434
Fax: (787) 523-3433
ndelnido@cstlawpr.com


s/NATALIA E. DEL NIDO RODRÍGUEZ

USDC-PR No. 301410

*Local counsel for Defendant*