## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA,**
Plaintiff,

v.                                                              **CRIMINAL NO. 25-303 (CVR)**

**KEVIN A. THOBIAS,**
Defendant.

### MOTION TO RESTRICT

TO THE HONORABLE COURT:

COMES NOW, in compliance with the Court's Standing Order No. 9 (Amendment to the Restricted Filing and Viewing Levels Module), the United States to submit that ECF No. 120 is an opposition to ECF No. 111, itself restricted, and includes details of a sensitive nature that at this time should be accessible only to the Court and the parties.   In this instance the right to a fair trial outweighs the right of public access to the matters described at ECF No.120.

WHEREFORE, the United States requests that the Court allow ECF No. 120 to remain restricted to Selected Parties.

### Certificate of Service

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will notify all counsel of record.

**RESPECTFULLY SUBMITTED**, this 30th day of April 2026.

W. STEPHEN MULDROW
United States Attorney

*s/Myriam Y. Fernandez-Gonzalez*
Myriam Y. Fernandez-Gonzalez - 218011
Assistant U.S. Attorney
Torre Chardón, Suite 1201,
350 Carlos Chardón Street
San Juan, Puerto Rico 00918
Office: 787-766-5656
myriam.y.fernandez@usdoj.gov