**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | **Case No. 25-cr-303 (CVR-HRV)** |
| Plaintiff, | |
| v. | |
| **KEVIN A. THOBIAS** | |
| Defendant. | |

## INFORMATIVE MOTION CLARIFYING DEFENDANT'S REPLY [ECF NO. 192]

Defendant, through undersigned counsel, respectfully submits this informative motion to clarify one sentence of his Reply (ECF No. 192):

The first paragraph of the Reply states that the Government's Opposition (ECF No. 182) "rests entirely on three cases." Defendant clarifies that the Opposition rests principally, though not exclusively, on the cases mentioned thereafter.

This clarification does not alter any argument in the Reply, which addresses the Opposition's principal authorities in context. Defendant respectfully requests that the Court take notice of this clarification.

**WE HEREBY CERTIFY** that we electronically filed the instant motion using the CM/ECF System, which will send notification to all counsel of record.

Respectfully submitted on July 7, 2026.

/s/ Jonathan Edderai
Jonathan Edderai
*Admitted Pro Hac Vice*
Cohen Edderai, LLP
1132 Kane Concourse, Suite 205
Bay Harbor Islands, FL 33154
jonathan@wollferscohen.com

1

Office: (786) 505-0431
Fax: (786) 544-2619

*and*

PO Box 195075
San Juan, PR 00919-5075
Tel.: (787) 523-3434
Fax: (787) 523-3433
ndelnido@cstlawpr.com
**_s/NATALIA E. DEL NIDO RODRÍGUEZ_**
USDC-PR No. 301410
*Local counsel for Defendant*

2